William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
101 Salisbury Street
Dededo, Guam 96929
Telephone: 632-4357
Email: williamgavras@yahoo.com

Attorney for Defendant
UGOCHUKWU AKOMA

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| DE-ANNA TAIJERON,<br><br>Plaintiff,<br><br>vs.<br><br>UGOCHUKWU AKOMA,<br><br>Defendant.<br>_____ | CIVIL CASE NO: 23-CV-0023<br><br><br>ORDER<br>Granting Stipulated Motion for Stay<br>(ECF No. 12) |

Having reviewed the parties' Stipulated Motion for Stay (ECF No. 12) and finding good cause, the court grants the motion and orders that this case be stayed until May 31, 2024. The court further orders the parties to file by May 3, 2024, a joint statement[1] on the status of the criminal prosecution against the Defendant in the Superior Court of Guam and whether the stay should continue or be lifted.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Apr 02, 2024

---

[1] The parties may file separate statements if agreement cannot be reached on a joint statement.