**William L. Gavras, Esq.**
**LAW OFFICES OF WILLIAM L. GAVRAS**
A Professional Corporation
101 Salisbury Street
Dededo, Guam  96929
Telephone:  632-4357
Email:  williamgavras@yahoo.com

**Attorney for Defendant**
**UGOCHUKWU AKOMA**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| **DE-ANNA TAIJERON,**<br><br>Plaintiff,<br><br>vs.<br><br>**UGOCHUKWU AKOMA,**<br><br>Defendant.<br>_____ | **CIVIL CASE NO: 23-CV-0023**<br><br><br>**ORDER**<br>Granting Stipulated Motion for<br>Protective Order<br>(ECF No. 15) |

  Having reviewed the parties' amended Stipulated Motion for Protective Order (ECF No. 15) and finding good cause, the court grants the stipulated motion[1] and orders the following:

  a. The Defendant may provide the Plaintiff with the identify and contact information of persons at the Defendant's medical clinic at or around the time of the incidents alleged in the Plaintiff's Complaint.  Photos of persons at or around the Defendant's clinic on October 23, 2021, during the time of the incident alleged in

---

[1] Based on the court's granting of the amended stipulated motion, the court denies the original request for a protective order (ECF No. 13) and the motion to strike or withdraw said filing (ECF No. 16) as moot.

the Plaintiff's Complaint, may also be disclosed. Additionally, the Plaintiff's medical file will be disclosed to Plaintiff and her attorney. Finally, the Defendant's appointment schedule for October 11 and 23, 2021, will be disclosed to the Plaintiff. Collectively this information and photos are hereinafter referred to as "PHI;" however, the court makes no finding that the information or photos constitute protected health information as set forth in law;

b. The parties and their attorneys shall be permitted to use the PHI of the Plaintiff and others in any manner that is reasonably connected with the above-captioned litigation;

c. At the conclusion of the litigation, after all appellate proceedings have been exhausted, the Plaintiff shall destroy any and all copies of PHI received from the Defendant;

d. Nothing in this order relieves any party from complying with the requirements of local and federal law protecting the confidentiality of certain medical records;

e. The Defendant and the Plaintiff are prohibited from using or disclosing the information for any purpose other than the litigation or proceeding for which it was requested, and

f. Nothing contained in this Protective Order shall govern admissibility of said records, which shall remain within the discretion of the trial judge.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
   U.S. Magistrate Judge
Dated: Apr 02, 2024