# DISTRICT COURT OF GUAM

| | |
|---|---|
| DE-ANNA TAIJERON,<br><br>        Plaintiff,<br><br>vs.<br><br>UGOCHUKWU AKOMA,<br><br>        Defendant. | CIVIL CASE NO. 23-00023<br><br>**ORDER**<br>Granting Motion to Extend Stay<br>(ECF No. 20) |

On April 2, 2024, the court granted the parties' Stipulated Motion for Stay. *See* Order, ECF No. 18. The court stayed this action until May 31, 2024, and ordered the parties' to file a status report by May 3, 2024. *Id.*

On May 2, 2024, the Defendant filed a Joint Statement on Status of Criminal Prosecution . . . and Motion to Extend Stay. *See* ECF No. 20. The parties reported that the criminal case before the Superior Court of Guam was still ongoing, with no decision being issued yet on whether the case would be dismissed with or without prejudice. *Id.* at 1-2. The parties requested that the stay be extended until June 30, 2024.

In light of the current posture of the case, the court grants the parties' request and orders that this case be stayed until July 31, 2024. The court orders the parties to file a status report no later than July 19, 2024. If the Superior Court of Guam issues its decision before the deadline for filing the next status report, the parties are ordered to immediately notify the court so that a status hearing can be scheduled in this case.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
   U.S. Magistrate Judge
**Dated: Jun 05, 2024**