# DISTRICT COURT OF GUAM

DE-ANNA TAIJERON,

    Plaintiff,

vs.

UGOCHUKWU AKOMA,

    Defendant.

CIVIL CASE NO. 23-00023

**ORDER**
Denying Motion to Extend Stay
(ECF No. 26)

This action has been stayed since April 2, 2024, while the parties awaited the outcome of the related criminal proceedings pending before the Superior Court of Guam. *See* Order, ECF No. 18. On December 16, 2024, the parties again requested that the stay be extended until February 3, 2025. *See* ECF No. 26.

The court finds a lack of good cause and accordingly denies the parties' motion to extend the stay. The court orders the Plaintiff to file a response to the Defendant's Motion to Amend Answer, ECF No. 1, no later than January 3, 2024, with a reply thereto due no later than January 17, 2024. Furthermore, the court orders the parties to meet and confer and thereafter file a proposed amended scheduling order no later than January 17, 2024. The court sets this matter for a scheduling conference on January 28, 2024, at 9:30 a.m.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Dec 20, 2024