MICHAEL W. DOTTS, ESQ., F0150
DOTTS LAW OFFICE
140 Aspinall Avenue, Suite 201-B
Hagatna, Guam 96910
Telephone: : (671) 588-8866
Facsimile: (671) 472-9616
mdotts@dottslaw.law

*Attorney for Plaintiff De-Anna Taijeron*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| DE-ANNA TAIJERON,<br><br>Plaintiff,<br><br>v.<br><br>UGOCHUKWU AKOMA,<br><br>Defendant. | CASE NO: 1:23-cv-00023<br><br>**MOTION FOR ENTRY OF A PROTECTIVE ORDER TO ALLOW PLAINTIFF DE-ANNA TAIJERON TO APPEAR VIA VIDEO DEPOSITION**<br><br>Date:<br>Time:<br>Judge: Hon. Frances Tydingco-Gatewood |

COMES NOW Defendant De-Anna Taejeron, by and through her undersigned counsel, respectfully move this Court pursuant to Federal Rules of Civil Procedure Rules 26(c)(1) and 30(b)(4) for protective order allowing her to testify remotely for her deposition. This Motion is supported by the concurrently filed Notice of Motion, a Memorandum, the Plaintiff's Declaration, and a Certification.

Respectfully submitted this 2nd day of September, 2025

                                                            DOTTS LAW OFFICE
                                                            Attorney for Plaintiff De-Anna Taijeron

                                                            By:_____/s/_____
                                                                   MICHAEL W. DOTTS