Michael W. Dotts, Esq.
DOTTS LAW OFFICE
140 Aspinall Avenue, Suite 201-B
Hagatna, Guam 96910
Telephone: (671) 588-8866
Facsimile: (671) 472-9616
Email: mdotts@dottslaw.law

*Attorneys for Plaintiff De-Anna Taijeron*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

DE-ANNA TAIJERON,

**Plaintiff,**

v.

UGOCHUKWU AKOMA,

**Defendant**.

CIVIL CASE NO. 23-0123

**DECLARATION OF DE-ANNA TAIJERON IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER**

I, De-Anna Taijeron, being duly sworn, depose and state under penalty of perjury and based

on personal knowledge unless otherwise stated, as follows:

1. I am the Plaintiff in the above-captioned matter, *Taijeron v. Akoma*, and make this declaration

   in support of my Motion for Protective Order regarding my deposition.

2. I filed this lawsuit in the United States District Court for the District of Guam against the

   Defendant, Dr. Akoma, due to the sexual assault he committed against me.

3. The incident was extremely traumatic and has severely impacted my physical and mental

   health.

4. I currently reside in North Carolina, where I am undergoing regular treatment with a licensed

   psychiatrist to address the lasting emotional, psychological, and physical effects of the assault.

5. My psychiatrist, Dr. Travis. O. Bruce, has advised that it is not healthy or safe for me to travel

to Guam at this time due to the potential emotional distress and the adverse impact such travel would have on my mental health recovery. Attached hereto as Exhibit A is a true and correct copy of the letter my doctor provided to me.

6. Traveling to Guam for an in-person deposition would cause me significant psychological stress and emotional hardship. Facing Dr. Akoma again, after what he did to me, will be very traumatic for me.

7. I am more than willing and prepared to participate in my deposition remotely via video conferencing to ensure the process proceeds without undue delay.

8. This request is not made for purposes of delay but solely to protect my health and well-being while complying with my obligations in this case.

I declare under the laws of the United States and under penalty of perjury that the foregoing is true and correct, and if called upon to testify I would competently testify thereto.

Executed on August _29_, 2025, in _Moore County_, North Carolina.

Dated: August _29_, 2025.

By: _____
De-Anna Taijeron
Plaintiff

NOTARIZATION

STATE OF __NC__

COUNTY OF __moore__

Subscribed and sworn to (or affirmed) before me on this __29__ day of __August__ , 2025, by DeAnna Taijeron, who is personally known to me or has provided satisfactory evidence of identity.

_Jessica Robinson_
Notary Public Signature

Printed Name of Notary: __Jessica Robinson__

My Commission Expires: __04/23/2030__

JESSICA ROBINSON
NOTARY PUBLIC
RICHMOND COUNTY, NC
My Commission Expires 04/23/2030



13 August 2025

This letter was given to De-Anna Nicole Young (maiden name Taijeron) DOB 1-15-1992 at her request to distribute as she deems necessary. She understands that distribution of this letter is giving her Protected Health Information on her own accord and that this provider can no longer be responsible for dissemination of that information from the sources who were given this letter. This letter does not include any recommendations for her care or services.

To Whom it May Concern,

De-Anna Nicole Young (maiden name Taijeron) DOB 1-15-1992 is a current patient seeing me for treatment of the following diagnoses:

1) Major Depressive Disorder, recurrent severe without psychotic features,
2) PTSD

It is my professional opinion that Mrs. Young would have significant worsening symptoms of Depression and PTSD if she is asked to testify or be deposed in front of the accused / her alleged assailant. I recommend any interviewing or deposition be obtained by a secured form of video teleconference. Return to Guam also would be a potential trigger for increased symptoms. For this reason, I recommend every legal option be allowed to prevent her from being asked to return to Guam to satisfy the legal process.

Sincerely,

*Travis O Bruce MD /13 Aug 2025*

Travis O. Bruce, MD
Psychiatrist
Department of Behavioral Health
Womack Army Medical Center
Fort Bragg, NC 28310
(ofc) 910-570-3048
or 910-907-9073

Exhibit A