| | |
|---|---|
| **MICHAEL W. DOTTS, ESQ., F0150** <br> **DOTTS LAW OFFICE** <br> 140 Aspinall Avenue, Suite 201-B <br> Hagatna, Guam 96910 <br> Telephone: : (671) 588-8866 <br> Facsimile: (671) 472-9616 <br> mdotts@dottslaw.law | |

*Attorney for Plaintiff De-Anna Taijeron*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| **DE-ANNA TAIJERON,** <br><br> Plaintiff, <br><br> v. <br><br> **UGOCHUKWU AKOMA,** <br><br> Defendant. | **CASE NO: 1:23-cv-00023** <br><br><br> **CERTIFICATION OF COMPLIANCE WITH CVLR 37** |

I, Michael W. Dotts, counsel for the Plaintiff, De-Anna Taejeron, hereby certify that I have conferred in good faith with counsel for the Defendant, Dr. Akoma, regarding the disputed issue of remote testimony.

1. Beginning on about July 22, 2025, I had discussions with William Gavras regarding the taking by him of my client's deposition. On July 23, 2025, I proposed that my client appear by Zoom for her deposition. On July 30, 2025, Mr. Gavras advised that he could not agree to her remote appearance.

2. From about August 3, 2025, until about August 12, 2025, I had some further discussions with Mr. Gavras. During this time, my client was seeing her psychiatrist and discussing options that might make an in-person deposition on Guam more tolerable for her.

1

3. On August 14, 2025, I provided a letter from my client's psychiatrist and stated that if we could not agree to a remote deposition, I would file a motion for a protective order. On this date, we basically agreed to disagree, but agreed that a motion would need to be filed.

4. In accordance with CVLR 37(a) and (b), this certification is being submitted to demonstrate compliance with the requirement to confer before filing a motion concerning discovery disputes.

Respectfully submitted this 2nd day of September 2025

                        DOTTS LAW OFFICE
                        Attorney for Plaintiff De-Anna Taijeron

                        By:      /s/
                              MICHAEL W. DOTTS