MICHAEL W. DOTTS, ESQ., F0150
DOTTS LAW OFFICE
140 Aspinall Avenue, Suite 201-B
Hagatna, Guam 96910
Telephone: : (671) 588-8866
Facsimile: (671) 472-9616
mdotts@dottslaw.law

*Attorney for Plaintiff De-Anna Taijeron*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| DE-ANNA TAIJERON, | CASE NO: 1:23-cv-00023 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF MOTION FOR ENTRY OF A PROTECTIVE ORDER TO ALLOW PLAINTIFF DE-ANNA TAIJERON TO APPEAR VIA VIDEO DEPOSITION** |
| UGOCHUKWU AKOMA, | |
| Defendant. | **Date:** <br> **Time:** <br> **Judge:** Hon. Frances Tydingco-Gatewood |

PLEASE TAKE NOTICE, that on _____ 2025, at _____ AM/PM Plaintiff De-Anna Taejeron, through her attorney Michael W. Dotts, Esq., will move and hereby does move this Court pursuant to Federal Rules of Civil Procedure Rules 26(c)(1) and 30(b)(4), for an protective order allowing her to testify remotely for her deposition. This Notice of Motion is supported by the concurrently filed Motion, a Memorandum, the Plaintiff's Declaration, and a Certification.

Respectfully submitted this 2nd day of September 2025

DOTTS LAW OFFICE
Attorney for Plaintiff De-Anna Taijeron

By: _____/s/_____
    MICHAEL W. DOTTS