# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-23-00023  DATE: September 04, 2025
CAPTION: Taijeron v. Akoma

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Cynthia Sablan
Courtroom Deputy: Kasteen Arceo  Hearing Times: 11:01-11:03
CSO: None Present

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Michael W. Dotts (video)  William Gavras (in-person)

**PROCEEDINGS: First Preliminary Pretrial Conference (video)**
- Court and parties discussed the motion for protective order filed by the Plaintiff, which is still in briefing stage.
- Parties to discuss remaining discovery, including Plaintiff's medical records and video from security cameras utilized by the Defendant at his criminal trial.

NOTES: