https://www.guampdn.com/news/alleged-victim-in-akoma-trial-asks-for-dismissal/article_e76fb59a-47ca-11ef-bacb-53f7801f739d.html

# Alleged victim in Akoma trial asks for dismissal

By Jojo Santo Tomas Pacific Daily News

Jul 22, 2024

Case 1:23-cv-00023   Document 43-1   Filed 09/29/25   Page 1 of 5



Dr. Ugochukwu Akoma, at rear, talks with family and friends following his exit from Superior Court Judge Alberto Tolentino's courtroom on April 12, 2024.

Jojo Santo Tomas/Pacific Daily News

A couple of motions filed by acting Chief Prosecutor Gloria L. Rudolph put a hold on the trial for Dr. Ugochukwu Akoma on Friday, but after a surprise letter from the alleged victim in the case, the trial may not go forward at all.

De-Anna NB Taijeron, who self-identified as the alleged victim in the trial, sent a letter to Rudolph and Attorney General Douglas B. Moylan.

The lengthy letter starts with a formal request to dismiss the charges against Akoma. Copies of the letters were also sent to senators.

Akoma, a family physician, was accused of groping a female patient and forcing the same patient to touch his groin area over his pants in October 2021. He faced two counts of fourth-degree criminal sexual conduct, both as misdemeanors, as a result of the alleged incident.

His case went to trial on April 8, 2024 . Through his counsel Jay Arriola, the defendant requested, and the court granted, a mistrial.

According to the decision, the trial was plagued with evidentiary issues, which ultimately led to the exclusion of much of the government's evidence.

Akoma followed up with a motion to dismiss his case with prejudice following the mistrial declaration but Superior Court Judge Alberto E. Tolentino issued a decision and order on July 15 denying that motion, while also ordering the parties prepare for trial.

That trial was to start on July 19, with jury selection that afternoon.

Instead, the parties gathered to learn that Rudolph filed not only an appeal to the Monday decision and order, but also a motion to disqualify Tolentino as judge in the case, citing potential conflict of interest.

Arriola, who is anxious to clear his client's name in a case that's almost three years old, vehemently objected, saying the motions were filed in bad faith, and clearly filed to delay a trial that the government was not prepared for.

Rudolph took over the case on three days' notice for former assistant attorneys general Randall Albright and Steven John Coaty, who are no longer employed at the AG's office.

Tolentino said he no longer had jurisdiction since an appeal was filed. He said that should the case come back to his courtroom, he would decide on any open-ended issues then.

But the case may already be over, given Taijeron's letter.

She testified at the last trial, walking jurors through about 40 minutes of testimony regarding alleged text conversations between her and Akoma. All of it was later struck from the record because Albright did not properly present it.

More testimony was struck from the record later, and Arriola pointed out that there was more stricken testimony than there was validly produced, which later was a prime reason for Tolentino to declare a mistrial.

Besides her request to dismiss the case, Taijeron, who has relocated to Hawaii following the mistrial, also said she felt it "imperative to inform you how disappointed I am by the inadequate support and preparation we received during the last trial and my experience so far prepping for the new trial."

She went on to list the challenges she faced despite expectations of being assisted and guided by the Victims Advocate Office of the AG's office. She also shared experiences about being uninformed, scrambling, feeling ill prepared and emotionally incapable of moving forward.

Moylan, in a follow-up letter to senators, said that he took Taijeron's message very seriously, and that he was confident that his prosecution team would bring Taijeron up to speed and address issues which may assist her with better understanding of the legal decisions and processes, "many of which are not under our direct control."

Arriola said his client's life has been put on hold for almost three years, and admonished the AG's office for being unable to properly prosecute a simple misdemeanor case.

Pacific Daily News reporter Jojo Santo Tomas covers all interesting topics, including sports. Email him at jsantotoma@guampdn.com.

# Jojo Santo Tomas
Reporter